UNITED STATES of America,
Plaintiff–Appellee,

v.

Jeremy Lujan AIKEN, Defendant–
Appellant.

No. 12–7401.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 20, 2012.

Decided: Dec. 27, 2012.

Jeremy Lujan Aiken, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Jill Westmoreland Rose, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Lujan Aiken appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Aiken*, No. 1:04–cr–00092–MR–1 (W.D.N.C. Aug. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*